No. 82–6178.   JACKSON *v.* MICHIGAN.   Ct. App. Mich. Certiorari denied.

No. 82–6195.   SULLIVAN *v.* FOGG, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.   C. A. 2d Cir. Certiorari denied.

No. 82–6197.   BRAYBOY *v.* SCULLY, WARDEN, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir. Certiorari denied.

No. 82–6219.   BONTEMPO *v.* FENTON, WARDEN, RAHWAY STATE PENITENTIARY, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–6221.   EVANS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–6245.   ADAMS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 82–6276.   WILLIAMS *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 82–6278.   PROCTOR *v.* UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 82–6286.   MCKINNEY *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–6290.   WHITING *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–6293.   BADILLO *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 82–6294.   WEAVER *v.* CARRIGLITTO ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–6323.   BOGER *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.